# EXHIBIT 1

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**
Reg. No. 1,687,833
Registered May 19, 1992

## TRADEMARK
### PRINCIPAL REGISTER

# *Ultra* • PRO

REMBRANDT PHOTO SERVICES (CALIFOR-
NIA CORPORATION)
3528 S. GARFIELD AVENUE
LOS ANGELES, CA 90051

FOR: PLASTIC PAGES FOR CONTAINING
PHOTOGRAPHS, CARDS AND THE LIKE, IN
CLASS 16 (U.S. CL. 37).

FIRST USE 4–23–1990; IN COMMERCE
4–23–1990.

SER. NO. 74–099,634, FILED 9–24–1990.

M. L. HERSHKOWITZ, EXAMINING ATTOR-
NEY

# EXHIBIT 2

Int. Cl.: 16

Prior U.S. Cl.: 37

Reg. No. 1,857,678

**United States Patent and Trademark Office**    Registered Oct. 11, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## ULTRA PRO

REMBRANDT PHOTO SERVICES (CALIFORNIA CORPORATION)
6049 SLAUSON AVENUE
CITY OF COMMERCE, CA 90040

  FOR: ALBUMS FOR CONTAINING PLASTIC PAGES FOR COLLECTIBLE CARDS, PHOTOGRAPHS, COMIC BOOKS, STAMPS, COINS AND THE LIKE; PLASTIC PROTECTIVE SLEEVES AND PAGES FOR COMIC BOOKS; PLASTIC PAGES FOR CONTAINING MILK CAPS; AND PLASTIC SLEEVES FOR COLLECTIBLE CARDS, IN CLASS 16 (U.S. CL. 37).
  FIRST USE 10–20–1992; IN COMMERCE 10–20–1992.
  OWNER OF U.S. REG. NOS. 1,687,833, 1,796,373 AND OTHERS.

  SER. NO. 74–451,504, FILED 10–27–1993.

MICHAEL LEVY, EXAMINING ATTORNEY

# EXHIBIT 3



# Ultra Pro

**Reg. No. 4,691,748**
**Registered Feb. 24, 2015**

ULTRA PRO INTERNATIONAL, LLC (DELAWARE LIMITED LIABILITY COMPANY)
6049 SLAUSON AVENUE
COMMERCE, CA 90040

**Int. Cl.: 28**

FOR: PLAYMATS, NAMELY, DESKTOPS MATS PROVIDING A PLAYING SURFACE FOR CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,687,833, 1,696,941, AND 1,857,678.

SER. NO. 86-327,085, FILED 7-2-2014.

NICHOLAS COLEMAN, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 4

# United States of America

## United States Patent and Trademark Office

# PRO-Binder

**Reg. No. 7,395,393**

**Registered May 28, 2024**

**Int. Cl.: 16, 28**

**Trademark**

**Principal Register**

Ultra PRO International LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Avenue
Commerce, CALIFORNIA 90040

CLASS 16: Protective binders for storing collectible trading cards and game cards; plastic and leatherette binders for storing collectible trading cards and game cards; binders containing plastic sleeves for holding, protecting, and storing collectible trading cards and game cards

FIRST USE 00-00-2012; IN COMMERCE 00-00-2012

CLASS 28: gaming accessories, namely, protective binders for game cards and game pieces; tabletop gaming accessories in the nature of binders with plastic pockets for holding and storing game cards and collectible trading card game cards

FIRST USE 00-00-2012; IN COMMERCE 00-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 97-618,728, FILED 10-04-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 5

# United States of America

## United States Patent and Trademark Office

# PENNY SLEEVES

**Reg. No. 6,615,503**

**Registered Jan. 11, 2022**

**Int. Cl.: 16, 28**

**Trademark**

**Principal Register**

Ultra PRO International LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Avenue
Commerce, CALIFORNIA 90040

CLASS 16: Plastic holders specifically adapted for holding and protecting collectible trading cards and sports trading cards

FIRST USE 00-00-1998; IN COMMERCE 00-00-1998

CLASS 28: Card game accessories, namely, plastic card holders for game cards, collectible trading card game cards, and playing cards

FIRST USE 00-00-1998; IN COMMERCE 00-00-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SLEEVES"

SER. NO. 90-798,300, FILED 06-28-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 6

# United States of America

## United States Patent and Trademark Office

# MINI SNAP

**Reg. No. 6,615,452**

**Registered Jan. 11, 2022**

**Int. Cl.: 16, 28**

**Trademark**

**Principal Register**

Ultra PRO International LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Avenue
Commerce, CALIFORNIA 90040

CLASS 16: Plastic holders specifically adapted for holding and protecting collectible trading cards and sports trading cards

FIRST USE 00-00-1996; IN COMMERCE 00-00-1996

CLASS 28: Card game accessories, namely, plastic card holders for game cards, collectible trading card game cards, and playing cards

FIRST USE 00-00-1996; IN COMMERCE 00-00-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SNAP"

SER. NO. 90-761,808, FILED 06-08-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 7

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,938,691

Registered Apr. 5, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## DECK VAULT

ULTRA PRO L.P. (CALIFORNIA LIMITED PART-
NERSHIP)
6049 SLAUSON AVENUE
CITY OF COMMERCE, CA 90040

FOR: CONTAINERS FOR STORING COLLECTI-
BLE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FIRST USE 10-15-2003; IN COMMERCE 10-15-2003.

OWNER OF U.S. REG. NO. 2,482,191.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DECK", APART FROM THE
MARK AS SHOWN.

SN 76-533,343, FILED 7-17-2003.

EUGENIA MARTIN, EXAMINING ATTORNEY

# EXHIBIT 8

# United States of America

## United States Patent and Trademark Office

# ChromaFusion Technology

**Reg. No. 7,003,716**

**Registered Mar. 21, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Ultra PRO International LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Avenue
Commerce, CALIFORNIA 90040

CLASS 28: plastic material sold as a component of plastic protective sleeves having an opaque side and translucent side for gaming cards and specifically adapted for use in card game competitions and tournaments; plastic material sold as a component of plastic holders in the nature of sleeves having an opaque side and translucent side specifically adapted for holding and protecting game cards and for use in card game competitions and tournaments

FIRST USE 7-00-2018; IN COMMERCE 7-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "TECHNOLOGY"

SER. NO. 97-095,453, FILED 10-27-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 9

# United States of America

## United States Patent and Trademark Office

# Toploader

**Reg. No. 6,976,683**

**Registered Feb. 14, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Ultra Pro International, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Ave
Commerce, CALIFORNIA 90040

CLASS 16: Plastic holders for gaming cards; Plastic holders for trading cards

FIRST USE 00-00-1998; IN COMMERCE 00-00-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 90-539,639, FILED 02-22-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 10

5/28/24, 1:52 PM  Side Loading Trading Card Binder Sheets to Protect & Store Collectible Cards in Pockets. League the Garbage Cards - BCW ...

Case 2:24-cv-08467-MAA   Document 1-5   Filed 10/02/24   Page 26 of 57   Page ID #:81

5% OFF USE CODE: COLLECT

WE HELP YOU TO **PROTECT** YOUR COLLECTIBLES.

|  f  𝕏  ▶  📷  ⓦ  ♪

## <u>2 Ways to Unlock Free Shipping</u>

Learn More ⌄

🏠 > SIDE LOADING 18-POCKET PRO PAGES - BLACK



5/28/24, 1:52 PM                Side Loading Card Binder Sheet, Pro Collect & Store Collectible Trading, Pokémon & Magic The Gathering Cards - BCW ...

Case 2:24-cv-08467-MAA   Document 1-5   Filed 10/02/24   Page 27 of 57   Page ID
#:82

     

# Side Loading 18-Pocket Pro Pages - Black

★★★★★    1  Review    |    Add Your Review

SKU: 1-PRO18S-BLK    Brand: BCW-GAMING    Weight: 0.38 lbs

- Acid-Free, archival safe polypropylene pages. No PVC
- Side-loading, double-sided, 9-pocket pages
- Crisp Black color

**Page Dimensions:**

9 1/4 x 11 3/4

**Pocket Dimensions:**

2 5/8 x 3 3/4

**10 Pages per Pack**

## $3.99

Buy 5 for $3.34 /Pack and **save 16%**

Buy 20 for $2.99 /Pack and **save 25%**

| − | 1 | + |   🛒 **ADD TO CART** |



| DETAILS | ⌃ |

Cookie Settings

Case 2:24-cv-08467-MAA   Document 1-5   Filed 10/02/24   Page 28 of 57   Page ID #:83



Now you can color coordinate your Magic, Pokémon, and Yu-Gi-Oh cards within your binder! BCW Pro Pages will accommodate 18 cards and features side-loading pockets to deter the cards from sliding out of place. Our premium, double-sided, archival safe polypropylene pages will not harm the cards stored within and offer an attractive method to both store and display your collectibles.

Check out our other Side-Loading Colored Pro Pages:

| | |
|---|---|
| 18-Pocket Pro Pages - Black | 18-Pocket Pro Pages - Blue |
| 18-Pocket Pro Pages - Brown | 18-Pocket Pro Pages - Gray |
| 18-Pocket Pro Pages - Green | 18-Pocket Pro Pages - Orange |
| 18-Pocket Pro Pages - Pink | 18-Pocket Pro Pages - Purple |
| 18-Pocket Pro Pages - Red | 18-Pocket Pro Pages - White |
| 18-Pocket Pro Pages - Yellow | |

**MORE INFORMATION**                                                                                      ⌄

**REVIEWS (1)**                                                                                                      ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!











Side Loading 18-P...    Side Loading 18-P...    Side Loading 18-P...    Side Loading 18-P...    Pro 8-Pocket - Mut...

Cookie Settings

5/28/24, 1:52 ... Pro Side Loading Card Binder Collects & Store Collectible CCG, Pokemon, Magic The Gathering Cards - BCW ...

$3.99        $3.99        $3.99        $3.99        $7.99

ABOUT BCW

History

Careers



SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

BCW PARTNERS

Comics PRO

GAMA

COMC

BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

SUBSCRIBE

             ©1999-2024 BCW Diversified, Inc.

Cookie Settings

# EXHIBIT 11

5% OFF USE CODE: COLLECT

WE HELP YOU TO **DISPLAY** YOUR COLLECTIBLES.    |   

## 2 Ways to Unlock Free Shipping          Learn More ⌄

⌂  ›  PRO 8-POCKET - MUTIPLE SIZE POCKETS (20 CT. PACK) **LIMITED STOCK**



Cookie Settings




# Pro 8-Pocket - Mutiple Size Pockets (20 CT. Pack) **LIMITED STOCK**

★★★★★   1  Review   |   Add Your Review



**SKU: 1-PRO8M-20   Brand: BCW   Weight: 0.64 lbs**

- Holds 8 cards:
    - four 41mm x 63mm (Mini American) cards
    - four 70mm x 120mm (Tarot-sized) cards
- Side loading pockets
- Acid free, no PVC



**Page Dimensions:**
8 7/8 x 11 1/4
**Small Pocket:**
1 7/8 x 2 5/8
**Large Pocket:**
2 7/8 x 4 7/8

**20 Pages per Pack**

## $7.99

Buy 4 for $6.69 /Pack and **save 16%**
Buy 25 for $5.99 /Pack and **save 25%**

| − | 1 | + |   🛒 **ADD TO CART** |

     

Cookie Settings

## DETAILS    ⌃

The BCW Pro 8-Pocket page is an acid-free, archival quality product that is designed for the safe long-term protection of your valuable collectible cards. This product features high-clarity polypropylene and side-loading pockets with strong welds. BCW Pro 8-Pocket pages fit all standard 3-ring binders and albums. Use the 8 pocket page to protect, store, and display collectible cards, especially those from Star Wars: Armada.

## MORE INFORMATION    ⌄

## REVIEWS (1)    ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!



Board Game Sleev...

## $2.49



Board Game Sleev...

## $3.49



Graded Trading C...

## $4.99



Card Game Box - ...

## $20.99

ABOUT BCW

History

Careers



Cookie Settings

## SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

SUBSCRIBE

           ©1999-2024 BCW Diversified, Inc.

Privacy Policy    CCPA    Do Not Sell My Information

Cookie Settings

# EXHIBIT 12

5% OFF USE CODE: COLLECT

WE HELP YOU TO **STORE** YOUR COLLECTIBLES.     |    

## <u>2 Ways to Unlock Free Shipping</u>

Learn More ⌄

🏠  >  STANDARD CARD SLEEVES



Cookie Settings

  

# Standard Card Sleeves

★★★★★  3  Reviews  |  Add Your Review

---

**SKU: 1-SSLV    Brand: BCW    Weight: 0.13 lbs**

- Fits inside topload card holders
- Protect cards while handling

**Exterior Dimensions:**

2 5/8 X 3 5/8

**100 Sleeves per Pack**    **Back-Order - Available: 06/21/24**



## $0.89

Buy 25 for $0.75 /Pack and **save 16%**

Buy 100 for $0.67 /Pack and **save 25%**

---

| − | 1 | + | 🛒 **ADD TO CART** |

(f) (t) (✉) (♡) (📊)  [✉]

---

**DETAILS**    ⌃

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards like: baseball cards, basketball cards, football cards, hockey cards, Pokemon, Magic The Gathering, and others.

Cookie Settings

| MORE INFORMATION | ⌄ |
| --- | --- |

| REVIEWS (3) | ⌄ |
| --- | --- |

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!










Pro 9-Pocket Page...          3x4 Topload Card ...          Thick Card Sleeves          3x4 Topload Card ...

$5.99          $2.99          $0.99          $10.99

## ABOUT BCW

History

Careers



## SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Cookie Settings

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

SUBSCRIBE

              ©1999-2024 BCW Diversified, Inc.

Privacy Policy    CCPA    Do Not Sell My Information

Cookie Settings

# EXHIBIT 13

5% OFF USE CODE: COLLECT

WE HELP YOU TO **DISPLAY** YOUR COLLECTIBLES.                    |   

## 2 Ways to Unlock Free Shipping                    Learn More ⌄

🏠  ›  MINI SNAP CARD HOLDER

‹    ›

\+

Case 2:24-cv-08467-WAS Document 1-5 Filed 10/02/24 Page 42 of 57 Page ID #:97






# Mini Snap Card Holder

★★★★★   <u>1 Review</u>  |  <u>Add Your Review</u>

---

**SKU: 1-MS**   **Brand:** <u>BCW</u>   **Weight: 0.06 lbs**

- Holds a standard-sized, 2½" x 3½" trading card
- Fits in cardboard storage boxes
- Stackable

**Exterior Dimensions:**
2 11/16 x 3 11/16 x 1/4
**Interior Dimensions:**
2 9/16 x 3 9/16

## $0.79

Buy 100 for $0.66 /Each and **save 16%**
Buy 400 for $0.59 /Each and **save 25%**

---

−   1   +     🛒 **ADD TO CART**

---



---

| DETAILS | ⌃ |
|---|---|



Cookie Settings

The BCW Mini Snap Card Holder (also known as a mini snap titer) is made of high impact, crystal clear polystyrene and features a precision fit, two- piece snap design. Use this product to protect, store and display collectible trading cards like baseball cards, football cards, basketball cards, gaming cards, and others.

Unsure if this is the right size for your card? Check out an overview of our different card holders here.

**MORE INFORMATION**                                                            ⌄

**REVIEWS (1)**                                                                 ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!







Regular Snap Card...          2-Piece Slider Box ...        800 Count Storag...

$0.99                         $0.79                         Buy 5 for $2.99 /Each

## ABOUT BCW

History

Careers



## SERVICES

Customer Service

Cookie Settings

Case 2:24-cv-08467-WAS    Document 1-5    Filed 10/02/24    Page 44 of 57    Page ID
#:99

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

## BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

SUBSCRIBE

              ©1999-2024 BCW Diversified, Inc.

Privacy Policy    CCPA    Do Not Sell My Information

Cookie Settings

# EXHIBIT 14

5% OFF USE CODE: COLLECT

WE HELP YOU TO **STORE** YOUR COLLECTIBLES.

  

## 2 Ways to Unlock Free Shipping

Learn More ⌄

🏠 ❯ DECK VAULT - LX - 100 - GREEN **LIMITED STOCK**







‹ ›



Cookie Settings

  

# Deck Vault - LX - 100 - Green **LIMITED STOCK**

 1 Review | Add Your Review

---

**SKU: 1-DVLX-100-GRN**    **Brand: BCW-GAMING**    **Weight: 0.50 lbs**

- Holds over 100 sleeved gaming cards
- Padded faux leather outer shell
- Shiny, vibrant green with light green stitching
- Flip-open panels with strong magnetic closure
- Removable inner deck and dice trays

## $19.99

Buy 12 for **$14.99** /Each and **save 25%**

---

[ − ]  1  [ + ]    🛒 **ADD TO CART**

---

( f ) ( 🐦 ) ( ✉ ) ( 🤍 ) ( 📊 )  [ ✉ ]



**DETAILS** ⌃

Cookie Settings



The BCW Deck Vault is [...] padded faux leather outer shell with a micr[...]ents its vibrant exterior. The durable construction will keep your cards safe from damage and make sure your deck is ready for the next round.

Any card game works great in the BCW Deck Vault including Magic: The Gathering, Pokemon, YuGiOh, and Star Wars just to name a few. The size is perfect for MtG: Elder Dragon Highlander (EDH) decks, now known as Commander decks in addition to Legend of the Five Rings (L5R). Not only does it work great for card based games, but also dice games like Dicemaster and Star Wars Destiny. The BCW Deck Vault is a hearty option for storing and transporting your collectible gaming cards with dice and tokens. It is sure to impress and intimidate your weaker opponents.

BCW's Deck Vault LX - 100 is available in multiple colors:

Deck Vault LX - Blue                    Deck Vault LX - Gray

Deck Vault LX - Green                   Deck Vault LX - Orange

Deck Vault LX - Pink                    Deck Vault LX - Purple

Deck Vault LX - Teal                    Deck Vault LX - White

Deck Vault LX - Yellow

**MORE INFORMATION**                                                    ⌄

**REVIEWS (1)**                                                         ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!

Cookie Settings





Deck Case - LX - G...    Z-Folio 9-Pocket L...    Z-Folio 12-Pocket ...

$12.99    $26.99    $29.99

## ABOUT BCW

History

Careers



## SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

## BCW PARTNERS

Comics PRO

GAMA

COMC

Cookie Settings

# EXHIBIT 15

200 Count Card Sleeve and Toploader Combo Pack

5% OFF USE CODE: COLLECT

WE HELP YOU TO **DISPLAY** YOUR COLLECTIBLES.

| f 𝕏 ▶ ◉ Ⓦ ♪

## 2 Ways to Unlock Free Shipping

Learn More ⌄

**Add $99 to Your Cart of Any Items**

**Add $50 to Your Cart of 🔑 Items** Shop Now

HOME  ›  200 COUNT CARD SLEEVE AND TOPLOADER COMBO PACK



200 Count Card Sleeve and Toploader Combo Pack

       

# 200 Count Card Sleeve and Toploader Combo Pack

★ ★ ★ ★ ★  Be the first to review this product

**SKU:** 1-SSLVTLCH-200    **Brand:** BCW    **Weight:** 3.48 lbs

- Convenient combo pack includes 200 each Toploaders and Penny Sleeves
- Toploaders hold a standard trading card - up to 20 pts
- Toploaders open on the short side
- Clear, acid-free penny sleeves
- Protects cards from dust, moisture, and fingerprints

**Toploader Exterior Dimensions:**
3 x 4 1/16
**Toploader Interior Dimensions:**
2 3/4 x 3 7/8

**Penny Sleeve Exterior Dimensions:**
2 5/8 X 3 5/8

**200 Sleeves and Toploaders per Pack**

## $24.99

Buy 10 for **$18.74** /Each and **save 25%**

| − | 1 | + |  🛒 ADD TO CART |

f  🐦  ✉  💬  📊  ✉

**DETAILS** ⌃



Cookie Settings

The Combo Pack of 200 BCW Standard Card Top Loaders and Penny Sleeves is a practical solution for collectors, providing both protection and visibility for their card collections. Crafted from acid-free, crystal clear polypropylene, the penny sleeves prevent degradation during long-term storage. The toploaders, made from high-quality, rigid PVC, are recognized in the collectible card industry for their durability and effectiveness as a protective barrier, while also enhancing the display of cards.

This combination of penny sleeves and top loaders is a simple and convenient solution to protecting, storing, and displaying football cards, baseball cards, basketball cards, hockey cards, Magic the Gathering cards, Pokemon cards, YuGiOh cards, Disney Lorcana cards, and plenty of other CCGs.

These Card Sleeve and Top Loader Combo Packs come in two convenient sizes:

100 Count Card Sleeve & Toploader Combo Pack

200 Count Card Sleeve & Toploader Combo Pack

**MORE INFORMATION**                                                              ⌄

**REVIEWS**                                                                       ⌄

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!









3 Pack QuickFold Card B...        6 Drawer Card Catalog - ...        Z-Folio 9-Pocket LX Albu...        Collectible Card Bin - 160...        Collectible Card Bin - 160...        Collectible

$23.99                            $99.99                             $29.99                             $29.99                             $29.99                             $2...

ABOUT BCW

History

Careers



SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

Cookie Settings

# EXHIBIT 16

Thick Card Topload Holder - 168 PT

5% OFF USE CODE: COLLECT

WE HELP YOU TO **STORE** YOUR COLLECTIBLES.

| f t ▶ ⊚ W ♪ 

## 2 Ways to Unlock Free Shipping

Learn More ⌄

🏠 > THICK CARD TOPLOAD HOLDER - 168 PT.





Cookie Settings

# Thick Card Topload Holder - 168 PT.

★★★★★  1 Review  |  Add Your Review



**SKU: 1-TLCH-TH-4.25MM    Brand: BCW    Weight: 0.27 lbs**

- Holds a jersey or memorabilia card - up to 168 pts.
- Open on the short side

**Exterior Dimensions:**

3 x 4 x 1/4

**Interior Dimensions:**

2 3/4 x 3 7/8 x 5/32

**10 Toploaders per Pack**    **Back-Order - Available: 07/15/24**

## $4.99

Buy 5 for $4.18 /Pack and **save 16%**

Buy 50 for $3.74 /Pack and **save 25%**

−  1  +        🛒 **ADD TO CART**

f  𝕏  ✉  ♡  📊  ✉

---

### DETAILS                                                                    ⌃

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.



BCW Card Thickness Point Gauge

(Printable BCW Card Thickness Gaugues)

### MORE INFORMATION                                                            ⌄

Cookie Settings

| REVIEWS (1) | ⌄ |
|---|---|

**WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!**









Magnetic Card Hol...   Thick Card Topload...   Standard Card Sle...   Thick Card Topload...   Modular Sorting T...   Toploaders Storag...

$2.99              $4.49              $0.89              $5.99              $19.99          Buy 5 for $3.99 /Each

ABOUT BCW

History

Careers



SERVICES

Customer Service

Contact Us

Wholesale

Free Shipping

Catalog Overview

Frequently Asked Questions

Accessibility

BCW PARTNERS

Comics PRO

GAMA

COMC

BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers. Sign up for newsletter today.

Enter your email address

Cookie Settings                                                                SUBSCRIBE