Kevin J. Keener
Keener and Associates, P.C.
161 North Clark Street, Suite 1600
Chicago, IL 60601
PH. 312-945-8540

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ultra Pro International, LLC

v.

Plaintiff(s)

BCW Diversified, Inc. et al.

Defendant(s).

CASE NUMBER

2:24-cv-8467

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Keener, Kevin J
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-945-8540
*Telephone Number*      *Fax Number*

kevin.keener@keenerlegal.com
*E-Mail Address*

of

Keener and Associates, P.C.
161 North Clark Street
Suite 1600
Chicago, IL 60601

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Ultra Pro International, LLC

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s) ☐ Defendant(s) ☐ Other:

and designating as Local Counsel

Alina Landver
*Designee's Name (Last Name, First Name & Middle Initial)*

231077       310-461-3737       310-461-3736
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

alina@landverlaw.com
*E-Mail Address*

of

Landver Law Corporation, APC
9301 Wilshire Boulevard, Suite 605
Beverly Hills, CA 90210

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____                      _____
                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1