| | |
|---|---|
| 1 | **LANDVER LAW CORPORATION, APC** |
| | Alina Landver (SBN 231077) |
| 2 | 9301 Wilshire Boulevard, Suite 605 |
| | Beverly Hills, California 90210 |
| 3 | Tel: (310) 461-3737 |
| | Fax: (310) 461-3736 |
| 4 | Email: alina@landverlaw.com |
| 5 | **KEENER AND ASSOCIATES, P.C.** |
| | Kevin Keener (*pro hac vice*) |
| 6 | 161 North Clark Street, Suite 1600 |
| | Chicago IL 60601 |
| 7 | Tel: (312) 523-2164 |
| | Email: kevin.keener@keenerlegal.com |
| 8 | |
| 9 | Attorneys for Plaintiff |
| | ULTRA PRO INTERNATIONAL, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ULTRA PRO INTERNATIONAL, LLC, a Delaware Limited Liability Company, | CASE NO. |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| BCW DIVERSIFIED, INC., an Indiana Corporation, | |
| and | |
| ERIC BROWNELL, an individual. | |
| Defendants. | |

COMPLAINT

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
C.C.P. §§1005(b), 1011(a), 1013, 1013(a)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 9301 Wilshire Blvd, Suite 605, Beverly Hills, California 90210. On October 2, 2024, I served a copy ☐/ original ☒ of the foregoing document(s) described as **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*; (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE; CERTIFICATE OF GOOD STANDING**

on the following interested parties in this action:

BCW Diversified, Inc.
8984 IN-236
Middletown, Indiana 47356

and

Eric Brownell
11429 Woodview Court
Fishers, Indiana 46038

☒ **BY MAIL (CCP §1013(a)&(b)):** I am readily familiar with the firm's practice of collection and processing ng correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 9301 Wilshire Blvd., Suite 605, Beverly Hills, CA 90210 in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 2, 2024 at Beverly Hills, California.

_____
Alina Landver

1
PROOF OF SERVICE