# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **ULTRA PRO INTERNATIONAL, LLC** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **BCW DIVERSIFIED, INC. AND ERIC BROWNELL** ) <br> ) <br> *Defendant* ) | Civil Action No. 2:24-cv-8467-MAA |

## AFFIDAVIT OF SERVICE

I, Erin Bradberry, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BCW Diversified, Inc. in Henry County, IN on October 4, 2024 at 11:55 am at 8984 Indiana 236, Middletown, IN 47356 by leaving the following documents with Stephanie Sasser who as Office Manager is authorized by appointment or by law to receive service of process for BCW Diversified, Inc..

Exhibit
Exhibit
Exhibit
Complaint
Summons
Exhibit
Exhibit

Additional Description:
Service complete. Photos for Proof.

White Female, est. age 45-54, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=40.1285472416,-85.7099153196
Photograph: See Exhibit 1

Total Cost: $226.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Delaware County, IN on 10/4/2024.

/s/ *Erin Bradberry*

Erin Bradberry - +1 (765) 425-9860
Registration No.:
Registration County:







