# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| **ULTRA PRO INTERNATIONAL, LLC** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )    Civil Action No. 2:24-cv-08467-MAA |
| | ) |
| **BCW DIVERSIFIED, INC. and ERIC BROWNELL** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Christopher Lawler, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Eric Brownell in Hamilton County, IN on October 5, 2024 at 9:16 am at 11429 Woodview Court, Fishers, IN 46038 by personal service by handing the following documents to an individual identified as Eric Brownell.

Summons
Exhibit
Exhibit
Exhibit
Exhibit
Exhibit
Complaint

Additional Description:
Subject answered the door and confirmed identity then accepted documents politely.

White Male, est. age 35-44, glasses: Y, No Hair hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.9523722333,-86.0352365
Photograph: See Exhibit 1

Total Cost: $141.40

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Hamilton County_____,

____IN_____ on ____10/7/2024_____.

/s/ *Christopher Lawler*
_____
Christopher Lawler - +1 (317) 385-3182
Registration No.:
Registration County:





Exhibit 1b)