Name and address:
ANDREW R. NELSON (SBN 214895)
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359
Email: anelson@forwardcounsel.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA PRO INTERNATIONAL, LLC, a Delaware Limited Liability Company<br><br>Plaintiff(s)<br>v.<br><br>BCW DIVERSIFIED, INC., an Indiana Corporation, and ERIC BROWNELL, an individual<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-8467<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gravino, Marc C.                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(815) 987-8900            (815) 968-0019

*Telephone Number*        *Fax Number*

mgravino@wilmac.com

*E-Mail Address*

WilliamsMcCarthy LLP
120 West State Street, Fourth Floor
Rockford, IL 61101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BCW DIVERSIFIED, INC. and ERIC BROWNELL


*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Nelson, Andrew R.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

214895            (949) 258-9359        (949) 273-1070

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

anelson@forwardcounsel.com

*E-Mail Address*

Forward Counsel LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
      ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____        _____
                             **U.S. District Judge/U.S. Magistrate Judge**