ANDREW R. NELSON (SBN 214895)
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359
Facsimile: (949) 273-1070
anelson@forwardcounsel.com

Attorneys for Defendants,
BCW DIVERSIFIED, INC. and ERIC BROWNELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA– WESTERN DIVISION

| | |
|---|---|
| ULTRA PRO INTERNATIONAL, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>BCW DIVERSIFIED, INC., an Indiana Corporation, and ERIC BROWNELL, an individual<br><br>Defendants. | CASE NO. 2:24-cv-8467<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 803)**<br><br>Complaint Served on BCW Diversified, Inc.: October 4, 2024<br>Current Response Date: October 25, 2024<br>New Response Date: November 15, 2024<br><br>Complaint Served on Eric Brownell: October 5, 2024<br>Current Response Date: October 28, 2024<br>New Response Date: November 18, 2024<br><br>Judge: Hon. Maria A. Audero |

IT IS HEREBY STIPULATED AND AGREED by and between attorneys for Plaintiff ULTRA PRO INTERNATIONAL, LLC ("Plaintiff") and Defendant BCW

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  DIVERSIFIED, INC. ("BCW") pursuant to U.S. Central District of California Local
2  Rule 8-3, BCW's time to answer or otherwise respond to the initial Complaint is hereby
3  extended twenty-one (21) days from the Complaint response date of October 25, 2024,
4  until and including November 15, 2024.

5      IT IS FURTHER HEREBY STIPULATED AND AGREED by and between
6  attorneys for Plaintiff ULTRA PRO INTERNATIONAL, LLC ("Plaintiff") and
7  Defendant ERIC BROWNELL ("BROWNELL") pursuant to U.S. Central District of
8  California Local Rule 8-3, BROWNELL's time to answer or otherwise respond to the
9  initial Complaint is hereby extended twenty-one (21) days from the Complaint
10 response date of October 28, 2024, until and including November 18, 2024.

12 DATED: October 22, 2024         FORWARD COUNSEL LLP

14                                 By: _____
                                   Andrew R. Nelson
15                                 Attorneys for Defendants
16                                 BCW DIVERSIFIED, INC. and ERIC
                                   BROWNELL

19 DATED: October 22, 2024         KEENER AND ASSOCIATES, P.C.

20                                 By: /s/ Kevin Keener
21                                 Kevin Keener (*pro hac vice*)
                                   161 North Clark Street, Suite 1600
22                                 Chicago, IL 60601
23                                 Attorneys for Plaintiff
                                   ULTRA PRO INTERNATIONAL, LLC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: _____
Andrew R. Nelson
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, CA 92660
Email: anelson@forwardcounsel.com
Phone: (949) 258-9359
Facsimile: (949) 273-1070