ANDREW R. NELSON (SBN 214895)
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359
Facsimile: (949) 273-1070
anelson@forwardcounsel.com

Attorneys for Defendants,
BCW DIVERSIFIED, INC. and ERIC BROWNELL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA– WESTERN DIVISION

| | |
|---|---|
| ULTRA PRO INTERNATIONAL, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>BCW DIVERSIFIED, INC., an Indiana Corporation, and ERIC BROWNELL, an individual<br><br>Defendants. | CASE NO. 2:24-cv-8467<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**<br><br>**[MEMORANDUM OF POINTS & AUTHORITIES, DECLARATION OF ERIC BROWNELL, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREIWTH]**<br><br>Hearing Date: November 20, 2024<br>Time: 10:00 a.m.<br>Courtroom: 880<br>Judge: Hon. Maria A. Audero |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 20, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Maria A. Audero, Courtroom 880, located in the Roybal Federal Building, 255 E. Temple St., Los Angeles,

1  CA 90012, defendants BCW Diversified, Inc. and Eric Brownell ("Defendants"), by and
2  through counsel, will and do hereby move the Court for an order dismissing this action; or,
3  in the alternative, an order transferring action to the action styled *BCW v. ULTRA PRO*
4  pending in the United States District Court, Southern District of Indiana, Indianapolis
5  Division, Case No. 24 C 1699 ("Indiana Action").

Defendants file this motion pursuant to Fed.R.Civ.P. 13(a) and 28 U.S.C.A. § 1404(a), and on the grounds that Plaintiff's claims in the instant action are compulsory counterclaim in the Indiana Action, and the Indiana Action is the prior pending action.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 14, 2024, wherein counsel thoroughly discussed the substance and potential resolution of the filed motion by phone.

The motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities, as well as the Declaration of Eric Brownell and exhibits thereto filed herewith, and upon the papers, records, and pleadings on file herein.

DATED: October 22, 2024                FORWARD COUNSEL LLP

                                       By: /s/ Andrew R. Nelson
                                       Andrew R. Nelson
                                       Attorneys for Defendants
                                       BCW DIVERSIFIED, INC. and ERIC
                                       BROWNELL

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: _____
Andrew R. Nelson
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, CA 92660
Email: anelson@forwardcounsel.com
Phone: (949) 258-9359
Facsimile: (949) 273-1070