ANDREW R. NELSON (SBN 214895)
FORWARD COUNSEL LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, CA 92660
Telephone: (949) 258-9359
Email: anelson@forwardcounel.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA PRO INTERNATIONAL, LLC, a Delaware Limited Liability Company<br><br>Plaintiff(s)<br>v.<br>BCW DIVERSIFIED, INC., an Indiana Corporation, and ERIC BROWNELL, an individual<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-8467-MAA<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gravino, Marc C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(815) 987-8900               (815) 968-0019
*Telephone Number*            *Fax Number*

mgravino@wilmac.com
*E-Mail Address*

of  WilliamMcCarthy LLP
    120 West State Street, Fourth Floor
    Rockford, IL 61101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BCW DIVERSIFIED, INC. and ERIC BROWNELL

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Nelson, Andrew R.
*Designee's Name (Last Name, First Name & Middle Initial)*

214895           (949) 258-9359           (949) 273-1070
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

anelson@forwardcounsel.com
*E-Mail Address*

of  Forward Counsel LLP
    4340 Von Karman Avenue, Suite 380
    Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☒ for failure to pay the required fee **of $500 (see General Order 21-05).**
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☒ because  Only $405 was paid.  Application may be refiled using correct event with correct fee.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

**Dated: October 25, 2024**

*[signature]*

~~U.S. District Judge~~/U.S. Magistrate Judge