JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTRA PRO INTERNATONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BCW DIVERSIFIED, INC., *et al.*,<br><br>Defendant. | Case No. 2:24-cv-08467-FLA (MAAx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [DKT. 23]** |

### RULING

On October 2, 2024, Plaintiff Ultra Pro International, LLC ("Plaintiff") filed their complaint against Defendants alleging trademark infringement. Dkt. 1. On October 22, 2024, Defendants BCW Diversified Inc. and Eric Brownell ("Defendants") filed a Motion to Dismiss or in the Alternative, to Transfer the Action (the "Motion"). Dkt. 23. On November 12, 2024, Defendants filed a Notice of Non-Opposition to the Motion, noting that Plaintiff did not file any opposition to the Motion by the required deadlines. Dkt. 37. The court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

Local Rule 7-9 requires an opposing party to file an opposition or a statement of non-opposition to any motion not later than twenty-one (21) days prior to the date

designated for hearing the motion. Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]" *See also Porras v. Wells Fargo Bank, N.A.*, Case No. 8:17-cv-00893-AG (KESx), 2017 WL 8223611, at *1 (C.D. Cal. July 7, 2017) ("Based on [plaintiff's] inability to comply with the local rules, the Court deems the plaintiff's silence as 'consent' to granting the defendants' motion to dismiss."); *Andrango v. Bank of Am.*, Case No. 5:09-cv-02027-DDP (CTx), 2010 WL 308733, at *1 (C.D. Cal. Jan. 25, 2010) (same); *Mack-Univ. LLC v. Halstead*, Case No. 8:07-cv-00393-DOC (ANx), 2007 WL 4458823, at *4 & n. 4 (C.D. Cal. Sept. 25, 2007) (where a party "failed to oppose or in any way respond" to a motion, "[p]ursuant to Local Rule 7-12, the Court could grant Plaintiffs' Motion on this ground alone").

As Plaintiff failed to file an opposition, response, or other papers that could be construed as a request for an extension of time to respond to the Motion, the court GRANTS Defendant's Motion, Dkt. 23, without prejudice. Accordingly, the court also DENIES Defendant's *Ex Parte* Application to Stay Deadline to File Responsive Pleading as moot. Dkt. 38

IT IS SO ORDERED.

Dated: November 19, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge